IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3112 |
| v. | ) | |
| RAYMOND E. CASARES, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant shall reside in a residential reentry center (RRC) for a period of up to 180 days in the correctional component, to commence at the direction of the Probation Officer, and the defendant shall observe the rules of that facility. The defendant may be discharged earlier than 180 days by the Probation Officer, if the defendant is determined to be in full compliance with the conditions of supervision.

(2) The Court strongly recommends that the defendant be placed at the Dismas House in Kearney, Nebraska.

(3) The Probation Officer shall advise the United States Marshals Service when she becomes aware of the defendant's Bureau of Prisons designation.

(4) The United States Marshals Service shall release the defendant to his family for transportation to the designated facility.

(5) The Clerk shall provide a copy of this order to USPO Kala Hayden and the United States Marshals Service.

DATED this 6th day of July, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge