IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3112 |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND E. CASARES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the recommendation of the probation officer and with the agreement of the prosecutor and defense lawyer and despite the defendant's prior admission to a violation of supervised release,

IT IS ORDERED that the petition (filing no. 59) and amended petition (filing no. 71) are dismissed without prejudice. The previously scheduled final disposition hearing set for March 16, 2017, is cancelled. The defendant shall continue to abide by all his conditions of supervised release.

DATED this 28th day of February, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge